NUMBER 13-00-339-CV





COURT OF APPEALS





THIRTEENTH DISTRICT OF TEXAS





CORPUS CHRISTI

____________________________________________________________________




THE CITY OF McALLEN, Appellant, 



v.





JOHN TREVINO, Appellee. 

____________________________________________________________________




On appeal from the 93rd District Court

of
Hidalgo
 County, Texas.

____________________________________________________________________




O P I N I O N

Before Chief
Justice Seerden and Justices Dorsey and Rodriguez 

Opinion Per
Curiam 



Appellant, THE CITY OF McALLEN,
perfected an appeal from a judgment entered by the 93rd District
 Court of Hidalgo County, Texas,
in cause number C-3488-99-B. After the record and briefs were
filed and after the cause was submitted to the Court, appellant filed a notice
of settlement. 

The Court, having considered the documents on file and the notice of
settlement, is of the opinion that the appeal should be dismissed. The appeal
is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 26th day of October, 2000.